UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:99-CR-118-LDG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LISA CLEVELAND ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#18) on August 30, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $340.33

Name of Payee: SILVER STATE SCHOOLS CREDIT UNION
Amount of Restitution: $434.00

Name of Payee: MR PAYROLL CORP
Amount of Restitution: $9,809.28

**Total Amount of Restitution ordered:** $10,583.61

Dated this ____9____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE